IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHARIE CLIFFORD,<br><br>Plaintiff,<br><br>v.<br><br>THE ROAD HOME, et al.,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:25-cv-00515-JCB<br><br>Chief District Judge Jill N. Parrish |

Magistrate Judge Jared C. Bennett issued a Report and Recommendation (R&R), ECF No. 9, that the court deny Plaintiff Ms. Clifford's Motion to Withdraw Consent to Magistrate Judge Jurisdiction. In the R&R, the court notified Ms. Clifford that a failure to file a timely objection to the R&R could waive any objections to it. Ms. Clifford did not file an objection.

The Local Rules of Practice for the District of Utah provide that "a magistrate judge's assignment as presiding judge is a referral from the Chief Judge under 28 U.S.C. 636(b)(1)(B)." DUCivR 72-3(f). Accordingly, because no district judge has been assigned to this case, the Chief Judge is responsible for ruling on the R&R.

Because Ms. Clifford did not object to the R&R, any argument that the R&R was in error has been waived. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). The court will decline to apply the waiver rule only if "the interests of justice so dictate." *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). In determining whether the interests of justice require an exception to the waiver rule, the Tenth Circuit has "considered factors such as 'a pro se litigant's effort to comply, the force and plausibility of the explanation for his failure to

comply, and the importance of the issues raised.'" *Duffield v. Jackson*, 545 F.3d 1234, 1238 (10th Cir. 2008). In this case, there is no indication that the interests of justice require the court to deviate from the waiver rule. Thus, the court finds that all objections are waived.

Moreover, the court does not find any error in the Magistrate Judge's conclusion that Ms. Clifford has failed to demonstrate the presence of "extraordinary circumstances," which is required to sustain her motion. Fed. R. Civ. P. 73(b)(3). The court therefore adopts the R&R.

Thus, the court ORDERS as follows:

1. The R&R, ECF No. 9, is ADOPTED IN FULL.
2. Ms. Clifford's Motion for Withdrawal of Consent to Magistrate Judge Jurisdiction, ECF No. 8, is DENIED.

Signed September 8, 2026.

BY THE COURT

Jill N. Parrish
Chief United States Chief District Judge